# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CUMMINGS,<br><br>    Petitioner,<br><br>  v.<br><br>CDCR Director,<br><br>    Respondent. | Case No. 2:22-cv-00023-PA (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file, the Report and Recommendation of United States Magistrate Judge and the Corrected Report and Recommendation of United Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered (1) denying the Petition for Writ of Habeas Corpus; and (2) dismissing Petitioner's claims challenging his conviction and sentence without prejudice for lack of jurisdiction and dismissing Petitioner's remaining claims with prejudice.[1]

DATED: April 7, 2022

                 _____
                 PERCY ANDERSON
                 UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Ninth Circuit Rule No. 22-3(a), when a request for authorization to file a successive petition is "mistakenly submitted" to a district court, it shall be referred to the Ninth Circuit. Rule 22-3(a) also provides that a district court may refer such a petition to the Ninth Circuit when to do so would serve the interests of justice. Neither circumstance is present in this case. Nevertheless, the Clerk is directed to mail petitioner a copy of Ninth Circuit Form 12 so that petitioner may file an application for leave to file a second or successive petition in the Court of Appeals.