JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CUMMINGS, | Case No. 2:22-cv-00023-PA (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CDCR Director, | |
| Respondent. | |

This matter came before the Court on the Petition of MARIO CUMMINGS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice as to claims challenging the underlying conviction and sentence for lack of jurisdiction and with prejudice as to claims of sentencing error based on California law.

DATED: April 6, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE